# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00560-CV

**Helen O'Neal, Appellant**

v.

**Ector County Independent School District and The Comissioner of Education, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-07-000291, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss, explaining that she has settled her dispute with appellees.  We grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Agreed Motion

Filed:  February 11, 2009